# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**JOHN PETER RANDALL,**

    **Plaintiff,**

v.                                          **CASE NO. 1:06-cv-00054-MP-AK**

**CHARLIE CRIST,**

    **Defendant.**

_____/

## REPORT AND RECOMMENDATION

By Order dated October 19, 2006, Plaintiff was ordered to file an amended complaint on or before November 1, 2006. (Doc. 5). No amended complaint was filed and an Order to Show Cause was entered on January 3, 2007, directing a response by January 12, 2007. (Doc. 6). This Order was returned as undeliverable with no forwarding information available. (Doc. 7). There has been no communication from Plaintiff and there is no information before the Court to correspond with him about his case.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order. Plaintiff has failed to comply with the order of this Court directing that he file an amended complaint (doc. 5) and he has not otherwise prosecuted his lawsuit. Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** with prejudice.

**IN CHAMBERS** at Gainesville, Florida, this **9**[th] day of February, 2007.

s/ A. KORNBLUM
ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO THE PARTIES**
A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.