IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOHN PETER RANDALL,

    Plaintiff,

v.                                    CASE NO. 1:06-cv-00054-MP-AK

CHARLIE CRIST,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 9, Report and Recommendation of the Magistrate Judge, recommending this case be dismissed for failure to prosecute and to follow orders of the Court. The Court agrees that Plaintiff failed to file an amended complaint when directed to do so, and also failed to keep the Court apprised of his address. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this *13th* day of April, 2007

                          *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge